IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PRESTON WATTS, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No.: 1:20-cv-01820 |
| EMERGENCY TWENTY FOUR, INC., d/b/a EMERgency24, an Illinois corporation, | ) ) ) | Judge Marvin E. Aspen |
| | ) | Magistrate Judge M. David Weisman |
| Defendant. | ) | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS**

Plaintiff, Preston Watts, through his undersigned counsel, moves pursuant to Fed. R. Civ. P. 6(b) for an extension of the deadline to respond to Emergency Twenty Four, Inc.'s Rule 12(B)(6) Motion to Dismiss [15]. In support of his motion, Plaintiff states as follows:

1. This is a putative class action seeking relief for Plaintiff and others to whose cellular telephones Defendant initiated autodialed calls without their prior express written consent in violation of the Telephone Consumer Protection Act, 47 U.S.C. § 227, or who had withdrawn their consent to be called.

2. By Minute entry dated June 29, 2020 [20], Plaintiff's response to the motion to dismiss is due July 20, 2020.

3. Due to numerous filing deadlines and other professional obligations of Plaintiff's undersigned counsel, a preplanned vacation and to accommodate the parties' ongoing discussions regarding potential resolution of this matter, the brief extension of time sought herein is both reasonable and necessary.

100014

4. This is Plaintiff's first request for an extension of time. This motion is not made for purposes of delay, and will not result in prejudice to any party or impact any case management or trial date in this case.

5. Defendant's counsel has been consulted regarding the request for extension of time sought herein, and has no objection.

WHEREFORE, Plaintiff prays for an Order extending the time to respond to Emergency Twenty Four, Inc.'s Rule 12(B)(6) Motion to Dismiss [15] to and including August 14, 2020, and extending the time for Defendant's reply to September 4, 2020.

Date: July 20, 2020

Respectfully submitted,

PRESTON WATTS

By: s/ William M. Sweetnam

William M. Sweetnam
KEOGH LAW, LTD.
55 West Monroe Street, Suite 3390
Chicago, Illinois 60603
(312)726-1092
wsweetnam@keoghlaw.com

*Attorney for Plaintiff and the Class*