# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Preston Watts, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br><br>EMERGENCY TWENTY FOUR, INC., d/b/a EMERgency24, an Illinois corporation,<br>Defendants. | Case No. 20 C 1820<br>Judge Marvin E. Aspen |

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff
and against defendant
in the amount of $

which ☐ includes       pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff shall recover costs from defendant.

☐ in favor of defendant
and against plaintiff

Defendant shall recover costs from plaintiff.

☒ other: Case is dismissed for failure to state a claim

This action was *(check one)*:

☐ tried by a jury with Judge       presiding, and the jury has rendered a verdict.
☐ tried by Judge Marvin E. Aspen without a jury and the above decision was reached.
☒ decided by Judge Marvin E. Aspen.

Date: 6/21/2021                    Thomas G. Bruton, Clerk of Court

                                   Amanda Scherer, Deputy Clerk